# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>                Plaintiffs,<br><br>          v.<br><br>H ROBERTS CONSTRUCTION, a California corporation,<br><br>                Defendants. | Case No. 2:21-cv-04886-FWS-MAA<br><br>Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

1

# JUDGMENT

After full consideration of the pleadings and papers filed in this case, the evidence on record, the applicable law, and consistent with the court's Order Granting Plaintiffs' Motion for Default Judgment and Vacating as Moot Plaintiffs' Duplicate Motion, (Dkt. 41), and GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund shall recover from Defendant H Roberts Construction, a California corporation, $28,236.08 in fringe benefit contributions; $9,786.70 in prejudgment interest; $9,786.70 in liquidated damages; $6,522.71 in attorneys' fees and litigation expenses; $1,202.00 in costs and audit fees; and post-judgment interest in accordance with the rate set forth in 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Date: December 14, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE